**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Delberto Tolliver, ) | No. CV-07-0321-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Terry Chischilly and Debby Largo, ) | |
| Defendants. ) | |

The court has before it defendants' motion to dismiss (doc. 8). Plaintiff had thirty days from the date the motion was served in which to file a responsive memorandum. LRCiv 12.1(b). That deadline has passed, and no response has been received. Pursuant to LRCiv 7.2(i), we deem plaintiff's failure to respond as consent to the granting of the motion. Additionally, we note that the motion succeeds on the merits.

Plaintiff has failed to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). Plaintiff invokes the 14th Amendment to challenge a child-custody order issued by a Navajo tribal court. But, plaintiff has named as defendants only the two persons who now have custody of the children. The provisions of the United States Constitution are not directly enforceable against citizens not acting under the color of law. The remainder of the complaint also fails to express a cognizable legal theory.

1   In our order of July 11, 2007, granting plaintiff an extension of time to serve process,
2   we encouraged him to seek the help of a lawyer. The condition of plaintiff's complaint
3   makes clear that the services of counsel are indispensable before he attempts another action
4   in this, or any other, court.

5   Accordingly, **IT IS ORDERED GRANTING** the motion to dismiss (doc. 8). The
6   clerk is instructed to enter final judgment for defendants.

7   DATED this 30th day of November, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge